41 A.3d 738

STATE OF NEW JERSEY IN THE INTEREST OF A.D., A MINOR.

June 30, 2011.

This matter having been duly presented to the Court, it is ORDERED that the motion of A.D., for leave to appeal is granted.

41 A.3d 738

STATE OF NEW JERSEY IN THE INTEREST
OF A.D., # 1, A MINOR.

STATE OF NEW JERSEY IN THE INTEREST
OF A.D., # 2 A MINOR, MOVANT.

September 28, 2011.

This matter having been duly presented to the Court, it is ORDERED that the motion of A.D., # 2 for leave to appeal is granted.